UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALBERT REGINALD ROBINSON, )
    Plaintiff, )
) No. 2:16-CV-226
v. )
) HONORABLE PAUL L. MALONEY
ADAM KANDULSKI, ET AL., )
    Defendants. )
)

## JUDGMENT

In accordance with the Court's Order entered on this date, and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date: February 4, 2019          /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  United States District Judge